IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM HALE,

       Petitioner,

vs.                                        CASE NO. 5:06cv210/RS-EMT

JAMES R. McDONOUGH,

       Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 25) and Petititioner's Objections To Magistrate Judge's Report and Recommendation (Doc. 27). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Respondent's Motion to Dismiss (Doc. 22) is denied without prejudice.

3. The clerk is directed to return this file to the Magistrate Judge for further proceedings.

ORDERED on November 2, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**