IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM HALE,

    Petitioner,

vs.                        CASE NO. 5:06cv210/RS-EMT

JAMES McDONOUGH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 32) and Petitioner's Opposition To Magistrate's Report and Recommendation (Doc. 33).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Response To Order To Show Cause (Doc. 31), construed as a motion to voluntarily dismiss this action, is **granted**.

3. This action is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on January 31, 2008.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**